# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OBIOMACHUCKUKA NJOKANMA, <br><br> Plaintiff, <br><br> vs. <br><br> ADVANCE SERVICES, INC., KAWASAKI MOTORS MANUFACTURING CORP. U.S.A., and KAWASAKI MOTORS CORP., U.S.A., <br><br> Defendants. | 4:20CV3004 <br><br> ORDER |

This matter is before the Court on the Motion to Withdraw and Stay ([Filing No. 14](#)) filed by Kathleen M. Neary and Powers Law. Ms. Powers seeks to withdraw from her representation of Plaintiff. Ms. Powers represents she informed her client of the motion and asks the Court to stay this case for sixty-days while her client obtains new counsel. Upon consideration,

**IT IS ORDERED:**

1. The Motion to Withdraw and Stay ([Filing No. 14](#)) filed by Kathleen M. Neary and Powers Law, is granted. Ms. Neary shall immediately serve a copy of this Order on Plaintiff and thereafter file proof of service showing compliance with this Order, listing the name and address of the person to whom notice was sent. Ms. Powers will not be relieved of applicable duties to the Court, Plaintiff, and opposing counsel until proof of service is filed.

2. Upon filing of proof of service pursuant to Paragraph 1 of this Order, Plaintiff will be deemed to be proceeding *pro se*, that is, without the assistance of counsel, unless substitute counsel enters a written appearance on her behalf.

3. Plaintiff may retain substitute counsel at any time. However, until such time as substitute counsel enters a written appearance, Plaintiff must comply with all case progression deadlines, orders of this Court, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs, attorneys' fees, and/or dismissal of the case.

4. Upon submission of proof of service as described in Paragraph 1 of this Order, Ms. Neary's appearance as counsel of record for Plaintiff will be terminated, and the Clerk of Court shall terminate electronic notice to her in this case.

5. This case shall be stayed until **April 6, 2020**, to provide Plaintiff an opportunity to obtain new legal representation. The deadline for Plaintiff to file a response to the Kawasaki Defendants' Motion to Dismiss ([Filing No. 9](#)) shall be extended to **April 6, 2020.**

Dated this 5th day of February, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge