# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **OBIOMACHUCKUKA NJOKANMA,** | |
| Plaintiff, | 4:20CV3004 |
| vs. | |
| **ADVANCE SERVICES, INC., and KAWASAKI MOTORS MANUFACTURING CORP. U.S.A.,** | **ORDER** |
| Defendants. | |

This matter is before the Court on the motion to withdraw and stay (Filing No. 51) filed by Alexis S. Mullaney, counsel for Plaintiff.  Plaintiff has discharged Ms. Mullaney as counsel and requests a sixty-day stay of case progression deadlines.  Defense counsel does not object to the motion to withdraw or to the stay.  Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw and Stay (Filing No. 51) filed by Alexis S. Mullaney, counsel for Plaintiff, is granted.

2. Ms. Mullaney shall immediately serve a copy of this Order on Plaintiff and thereafter file proof of service showing compliance with this Order, listing the name and address of the person to whom notice was sent.  Ms. Mullaney will not be relieved of applicable duties to the Court, Plaintiff, and opposing counsel until proof of service is filed.

3. Upon filing of proof of service pursuant to Paragraph 2 of this Order, Plaintiff will be deemed to be proceeding *pro se*, that is, without the assistance of counsel, unless substitute counsel enters a written appearance on her behalf. Plaintiff is responsible for keeping the Court informed of her current contact information while she is proceeding *pro se*.

4. Plaintiff may retain substitute counsel at any time.  However, until such time as substitute counsel enters a written appearance, Plaintiff must comply with all case progression deadlines, orders of this Court, the Federal Rules of Civil Procedure, and the Local Rules of Practice.  Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs, attorneys' fees, and/or dismissal of the case.

5. Upon submission of proof of service as described in Paragraph 2 of this Order, Alexis S. Mullaney's appearance as counsel of record for Plaintiff will be terminated, and the Clerk of Court shall terminate electronic notice to that attorney in this case.

6. All outstanding case progression deadlines are stayed until March 16, 2021, or until new counsel enters an appearance for Plaintiff, whichever is earlier.

Dated this 15th day of January, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge